USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NESPRESSO USA, INC.,

                         Plaintiff,

           -against-

WILLIAMS-SONSMA, INC.,

                         Defendant.

------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:19-cv-4223 (LAP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       For the telephone settlement conference on March 30, 2020, the parties should follow the instructions at ECF 42, but dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

       SO ORDERED.

Dated: March 16, 2020
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge