```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                              Plaintiff,

           -against-

WILLIAMS-SONSMA, INC.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE**

**1:19-cv-4223 (LAP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Conference in this matter is hereby scheduled for **Thursday, August 20, 2020 at 12:00 p.m.**  Counsel is directed to call into Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: August 6, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge