```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                      Plaintiff,

        -against-

WILLIAMS-SONOMA, INC.,

                      Defendant.

-----------------------------------------------------------------X

**ORDER**

**1:19-cv-4223 (LAP) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        Consistent with the telephonic case management conference held yesterday – December 21, 2020 – in the above-captioned matter, the Court hereby extends discovery in this case as follows:

- Fact discovery shall be completed by March 29, 2021 and
- Expert discovery shall be completed by June 24, 2021

        The parties are also directed to substantially complete document production by January 21, 2021.  Finally, the Court hereby adopts the remaining interim deadlines and objection deadlines set forth in the parties' proposed discovery schedule at ECF No. 77 Ex. A.

        **SO ORDERED.**

Dated: December 22, 2020
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge