

February 3, 2021

*Via ECF*

Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800
orrick.com

The Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Sheryl Koval Garko**

E  sgarko@orrick.com
D  +1 617 880 1919
F  +1 617 880 1801

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2021

**MEMO ENDORSED**

Re:   **Nespresso USA, Inc. v. Williams-Sonoma, Inc., 1:19-cv-04223**

Dear Judge Parker:

Following up on the parties' last status conference with the Court on January 29, 2021, the parties jointly write to inform the Court that they have been working diligently to resolve their respective discovery issues, both by email and telephone conference. Most recently, during a telephonic meet-and-confer on February 2, 2021, the parties discussed the status of several outstanding issues and raised a number of additional issues, which they have agreed to continue addressing and discussing without the Court's assistance at this time.

Accordingly, the parties jointly and respectfully request that the Court adjourn the status conference scheduled for February 4, 2021 to a date convenient with the Court's schedule late in the week of February 8, 2021.

Sincerely,

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: */s/ Sheryl Koval Garko*
Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Tel.: (617) 880 1919
Email: sgarko@orrick.com

Elizabeth E. Brenckman
51 West 52nd Street
New York, New York 10019-6142
Tel.: (212) 506 3535

---

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Thursday, February 4, 2021 at 2:00 p.m. is hereby rescheduled to **Friday, February 12, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
02/03/2021



Email: ebrenckman@orrick.com

*Attorneys for Defendant Williams-Sonoma, Inc.*

MAYER BROWN LLP
By: */s/ Gina M. Parlovecchio*
A. John P. Mancini
Gina M. Parlovecchio
Jonathan W. Thomas
1221 Avenue of the Americas
New York, New York 10020-1001
Tel.: (212) 506 2500
Fax: (212) 262 1910
Email: JMancini@mayerbrown.com
Email : GParlovecchio@mayerbrown.com
Email: JWThomas@mayerbrown.com

Adam L. Hudes (*pro hac vice*)
1999 K Street, NW
Washington, D.C. 20006
Tel.: (202) 263 3298
Email: AHudes@mayerbrown.com

*Attorneys for Plaintiff Nespresso USA, Inc.*