```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____   03/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                              Plaintiff,

              -against-

WILLIAMS-SONOMA, INC.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**1:19-cv-4223 (LAP) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

            A series of telephonic Case Management conferences in this matter are  hereby

scheduled for the following dates.  **The parties shall file a joint status letter that includes**

**agenda items three business days in advance of each conference.  The letters shall be no**

**more than five pages in length.** Counsel is directed to call into the court conference line at the

scheduled times.  **Please dial (866) 434-5269 Code: 4858267.**

      **Tuesday, April 20, 2021 at 11:30 a.m.**

      **Monday, May 24, 2021 at 10:00 a.m.**

      **Tuesday, June 22, 2021 at 10:00 a.m.**

      **Thursday, July 29, 2021 at 10:00 a.m.**

      **Tuesday, August 24, 2021 at 10:00 a.m.**

      **Tuesday, September 21, 2021 at 10:00 a.m.**

SO ORDERED.

Dated: March 5, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge