USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                              Plaintiff,

            -against-

WILLIAMS-SONSMA, INC.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

1:19-cv-4223 (LAP) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Settlement Conference in this matter utilizing Microsoft Teams is hereby scheduled for **Friday, May 21, 2021 at 11:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **May 14, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: April 30, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge