USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                            Plaintiff,

         -against-

WILLIAMS-SONSMA, INC.,

                            Defendant.

-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

1:19-cv-4223 (LAP) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for Friday, May 21, 2021 at 11:00 a.m. is hereby rescheduled to **Friday, May 21, 2021 at 12:00 p.m.**  Counsel for the parties will be sent an updated Microsoft Teams invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **May 14, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: May 7, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge