UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NESPRESSO USA, INC.,

                                        Plaintiff,

                    -against-

WILLIAMS-SONOMA, INC.,

                                        Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021

**ORDER CONVERTING CASE
MANAGEMENT CONFERENCE TO
VIDEO**

**1:19-cv-4223 (LAP) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     The telephonic Case Management Conference in this matter scheduled for **Tuesday,**

**June 22, 2021 at 10:00 a.m.** is hereby converted to Microsoft Teams.  Counsel for the parties

will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

     SO ORDERED.

Dated: May 12, 2021
     New York, New York

_____
    KATHARINE H. PARKER
    United States Magistrate Judge