



Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Gina M. Parlovecchio**
Partner
T: +1 212 506 2522
F: +1 212 849 5522
gparlovecchio@mayerbrown.com

May 14, 2021

**BY ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Joint Request for Extension of Time to File Mediation Statements – *Nespresso USA, Inc. v. Williams-Sonoma, Inc.*, 19-cv-04223-LAP

**APPLICATION GRANTED**

*/s/ Katharine H. Parker/*

Hon. Katharine H. Parker, U.S.M.J.
05/14/2021

Dear Judge Parker:

The parties write jointly to respectfully request a brief extension of time to file the parties' mediation statements, from May 14, 2021 to May 18, 2021. While the parties have been actively engaged in settlement-related discussions since the mediation conference on April 30, 2021, additional time is needed for the parties to discuss their respective positions. An extension of time will enable the parties to continue to exchange terms and better assess the remaining open issues, which will enable the parties to provide more informative mediation statements to the Court. Accordingly, the parties jointly and respectfully request an extension to May 18, 2021 to file their mediation statements.

Sincerely,

MAYER BROWN LLP

By: *s/Gina M. Parlovecchio*
A. John P. Mancini
Gina M. Parlovecchio
Jonathan W. Thomas
1221 Avenue of the Americas
New York, New York 10020-1001

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

741595762.1

Tel.:  (212) 506 2500
Fax:  (212) 262 1910
Email:  JMancini@mayerbrown.com
Email : GParlovecchio@mayerbrown.com
Email:  JWThomas@mayerbrown.com

Adam L. Hudes (*pro hac vice*)
1999 K Street, NW
Washington, D.C. 20006
Tel.: (202) 263 3298
Email:  AHudes@mayerbrown.com

*Attorneys for Plaintiff Nespresso USA, Inc.*


ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Elizabeth E. Brenckman/*
Elizabeth E. Brenckman
51 West 52nd Street
New York, New York 10019-6142
Tel.: (212) 506 3535
Email:  ebrenckman@orrick.com

Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Tel.: (617) 880 1919
Email:  sgarko@orrick.com

*Attorneys for Defendant Williams-Sonoma, Inc.*