UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NESPRESSO USA, INC.,

         Plaintiff,

    -against-

WILLIAMS-SONOMA, INC.,

         Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

**ORDER ADJOURNING CONFERENCE**

1:19-cv-4223 (LAP) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  The telephonic Case Management Conference in this matter scheduled for **Monday, May 24, 2021 at 10:00 a.m.** is hereby adjourned *sine die*.

  **SO ORDERED.**

Dated: May 21, 2021
   New York, New York

                _____
                KATHARINE H. PARKER
                United States Magistrate Judge