UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2021

NESPRESSO USA, INC.,

                            Plaintiff,

                -against-

WILLIAMS-SONSMA, INC.,

                            Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**1:19-cv-4223 (LAP) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Settlement Conference in this matter is hereby scheduled for **Friday, May 28, 2021 at**

**10:00 a.m.**  Counsel for the parties will be sent an updated Microsoft Teams invitation by Judge

Parker's chambers prior to the scheduled conference date.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.

        SO ORDERED.

Dated: May 24, 2021
       New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge