UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NESPRESSO USA, INC.,

                                Plaintiff,

            -against-

WILLIAMS-SONOMA, INC.,

                                Defendant.

------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**1:19-cv-4223 (LAP) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for May 28, 2021 at 10:00 a.m. is hereby adjourned.

      **SO ORDERED.**

Dated: May 27, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021