USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESPRESSO USA, INC.,

                              Plaintiff,

              -against-

WILLIAMS-SONOMA, INC.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

1:19-cv-4223 (LAP) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conference in this matter scheduled for **Tuesday, June 22, 2021 at 10:00 a.m.** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: June 21, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge