```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

NESPRESSO USA, INC.,

                               Plaintiff,

                 -against-

WILLIAMS-SONOMA, INC.,

                               Defendant.

```
------------------------------------------------------------X
```

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCES**

**1:19-cv-4223 (LAP) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the Stipulation of Voluntary Dismissal filed on **June 25, 2021 (ECF #219)** the following previously scheduled Case Management conferences in this matter are hereby adjourned *sine die.*

       **Thursday, July 29, 2021 at 10:00 a.m.**

       **Tuesday, August 24, 2021 at 10:00 a.m.**

       **Tuesday, September 21, 2021 at 10:00 a.m.**

       **SO ORDERED.**

Dated: June 27, 2021
       New York, New York

                                                                      */s/ Katharine H. Parker*
                                                                      _____
                                                                      KATHARINE H. PARKER
                                                                      United States Magistrate Judge