UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESPRESSO USA, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WILLIAMS-SONOMA, INC., <br><br> *Defendant.* | Case No. 19-cv-04223-LAP |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nespresso USA, Inc. and Defendant Williams-Sonoma, Inc. (together, the "Parties"), by and through their respective counsel, hereby stipulate that Counts 2, 6, 10, 13, 17, and 21 of Nespresso USA, Inc.'s First Amended Complaint in the above-captioned action may be and hereby are dismissed with prejudice. Accordingly, together with the Parties' previous Joint Stipulation of Dismissal with Prejudice (Dkt. No. 59), the entire above-captioned action is hereby dismissed with prejudice, with each Party bearing its own costs, expenses, and attorneys' fees.

*****

Case 1:19-cv-04223-LAP-KHP   Document 220   Filed 06/25/21   Page 2 of 2

Respectfully Submitted,

Dated: June 25, 2021

| ORRICK, HERRINGTON & SUTCLIFFE LLP | MAYER BROWN LLP |
|---|---|
| *[signature]* | *[signature]* |
| Elizabeth E. Brenckman<br>51 West 52nd Street<br>New York, NY 10019-6142<br>(212) 506-3535<br>Email: ebrenckman@orrick.com<br><br>Sheryl Koval Garko (*admitted pro hac vice*)<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>(617) 880-1919<br>Email: sgarko@orrick.com<br><br>*Counsel for Defendant Williams-Sonoma, Inc.* | A. John P. Mancini<br>Gina M. Parlovecchio<br>Jonathan W. Thomas<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Tel.: (212) 506 2500<br>Fax: (212) 262 1910<br>Email: JMancini@mayerbrown.com<br>Email : GParlovecchio@mayerbrown.com<br>Email: JWThomas@mayerbrown.com<br><br>*Counsel for Plaintiff Nespresso USA, Inc.* |

**SO ORDERED.**

Dated: June ___, 2021
　　　　New York, New York

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]*

LORETTA A. PRESKA, U.S.D.J.

7/1/21

---

LORETTA A. PRESKA
UNITED STATES DISTRICT COURT JUDGE

2